IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR295 |
| vs. | ) | |
| | ) | ORDER |
| MAURICE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Carlos A. Monzón for leave to withdraw as counsel for the defendant [13].

**IT IS ORDERED** that the Motion to Withdraw [13] is granted. The Clerk shall terminate the appearance of Carlos A. Monzón as defense counsel. Court has appointed counsel by a separate order.

**DATED September 12, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**