# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**MAURICE THOMAS,** )<br>)<br>**Defendants.** )<br>) | **8:05CR295**<br><br>**ORDER** |

    Participation in the CM/ECF system is mandatory in this district.  *See* NECivR 5.1(b) and NECrimR 49.1(b).  Plaintiff's counsel has requested he be excused from participating in the CM/ECF filing system utilized by the court.  However, in a response to similar motions earlier this year, *see* Case No. 8:04-cr-00274, counsel was directed to attend training in the CM/ECF system.  The court is informed that despite this directive, counsel has not attended any training.

    **IT THEREFORE IS ORDERED:**

    1.   Counsel's Motion to be excused from using the CM/ECF system (#17) is denied.

    2.   Counsel is subject to sanctions or contempt citations if he continues to fail to utilize the CM/ECF system as previously ordered.

    **DATED September 23, 2005.**

                                               **BY THE COURT:**

                                               **s/ F.A. Gossett**
                                               **United States Magistrate Judge**